17402 Holdings LLC
193-12 Jamaica Avenue
Hollis NY 11423


17402 Holdings LLC


175 Kos LLC
193-12 Jamaica Avenue
Hollis NY 11423


258 St. James Place LLC
193-12 Jamaica Avenue
Hollis NY 11423


26 Goodwin LLC
1822 Fulton Street
Brooklyn NY 11233


718 Development Group LLC
193-12 Jamaica Avenue
Hollis NY 11423


88 Marion Street LLC
192-08 Jamaica Avenue
Hollis NY 11423


88 Marion Street LLC


88 Marion Street LLC


88 Marion Street LLC


Aviram Dweck Advocate LLC
c/o Business Filing Incorporated
108 West 13th Street
Wilmington DE 19801


Aviram Dweck Advocate LLC
AMYC Business Center
24 Hanagar Street,
PO Box 6698
Hod Hashron, Israel

Billy Enterprise Group Inc.
193-12 Jamaica Avenue
Hollis NY 11423


Board of Managers of the 11A Somers
Street Condominium et al
c/o Polizzotto & Pollizzotto LLC
6911 18th Avenue
Brooklyn NY 11204


Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte NC 28272-1083


DHE Development Inc.
193-12 Jamaica Avenue
Hollis NY 11423


Discover
PO Box 30943
Salt Lake City UT 84130


Dorit Weinbren


Dov Sales Inc.
193-12 Jamaica Avenue
Hollis NY 11423


Ed Brook LLC
c/o Registered Agents Legal Services LLC
1013 Centre Road, Suite 403S
Wilmington DE 19805


EDM Somers LLC
1822 Fulton Street
Brooklyn NY 11233


Elevation Equities Inc.
193-12 Jamaica Avenue
Hollis NY 11423

Esther Steiner Yeshurun
16 HaKalanit Street
Zichron Yaacov, Israel 3093115

FM Home Loans LLC
2329 Nostrand Avenue, 3rd Floor
Brooklyn NY 11210

Fox Capital Group, Inc.
65 Broadway, Suite 804
New York NY 10005

Fox Capital Group, Inc.
c/o Joe Lieberman, Esq.
381 Sunrise Highway, Suite 302
Lynbrook NY 11563

Hagai Zmora

HMC Holding Inc.
193-12 Jamaica Avenue
Hollis NY 11423

Jess Cohen
c/o Jeffrey I Baum & Associates P.C.
666 Old Country Road, Suite 501
Garden City NY 11530

Madison Street 36 LLC
193-12 Jamaica Avenue
Hollis NY 11423

Marina Glozman
36 Carscadden Drive
Toronto, ON M2R 2A7
Canada

Moshe Meiseles

Natan Laufer

Orly Boyom

```
Shellpoint Mortgage Servicing
PO Box 650840
Dallas TX 75265-0840


Sivan Sudai
Mivta Kadesh 8
Hod Hasharon, Israel 45101


Skyland Holding Corp.
193-12 Jamaica Avenue
Hollis NY 11423


Soto Development Group Inc.
193-12 Jamaica Avenue
Hollis NY 11423


Springfield Gardens Homes Inc.
193-12 Jamaica Avenue
Hollis NY 11423


The Residence at Revere LLC
193-12 Jamaica Avenue
Hollis NY 11423


Toorak Capital Partners LLC
15 Maple Street, Second Floor West
Summit NJ 07901


Toorak Capital Partners, LLC
15 Maple Street, Second Floor West
Summit NJ 07901


Toorak Capital Partners, LLC
15 Maple Street, Second Floor West
Summit NJ 07901


Toorak Capital Partners, LLC
c/o Offit Kurman, P.A.
590 Madison Ave, 6th Floor
New York NY 10022
```

Toorak Capital Partners, LLC
c/o Offit Kurman, P.A.
590 Madison Ave, 6th Floor
New York NY 10022


TR Development Group
193-12 Jamaica Avenue
Hollis NY 11423


Wilmington Savings Fund Society FSB etc
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City NY 11530